

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2024

No. 04-24-00330-CR

**IN RE** Henry Bryan **BERROCAL**, Relator

Original Proceeding[1]

### ORDER

On May 10, 2024, relator filed a petition for writ of mandamus. After considering the petition and its attachments, we conclude relator has not shown himself entitled to the relief sought. Accordingly, we DENY the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Furthermore, we DISMISS FOR LACK OF JURISDICTION relator's writs of habeas corpus attached to his mandamus petition.

It is so **ORDERED** on July 10, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2024CR1587, styled *State v. Berrocal*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Joel Perez presiding.